UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. |
| | : | |
| v. | : | Criminal No. 18-cr-749 |
| | : | |
| JONATHAN BUSTIOS | : | 18 U.S.C. § 241 |
| | : | 18 U.S.C. § 924 |
| | : | 18 U.S.C. § 981(a)(1)(C) |
| | : | 18 U.S.C. § 1951(a) |
| | : | 28 U.S.C. § 2461(c) |

**INFORMATION**

The defendant having waived in open court prosecution by indictment, the United States Attorney for the District of New Jersey charges:

**Count 1**
**(Conspiracy to Deprive Persons of Civil Rights)**

1. At all times relevant to Count 1 of this Information:

    a. Defendant JONATHAN BUSTIOS ("BUSTIOS") was a police officer employed by Paterson Police Department ("PPD") in Paterson, New Jersey.

    b. Eudy Ramos ("Ramos") was a police officer employed by the PPD.

**Goal of the Conspiracy**

2. It was the goal of the conspiracy for BUSTIOS, Ramos, and others to (a) illegally stop individuals driving motor vehicles; (b) illegally search those motor vehicles and the driver and passengers of those motor vehicles; and (c) steal money from the driver and passengers of those motor vehicles, all under color of law.

**Manner and Means**

3. It was part of the conspiracy that:

a. While in uniform and on official duty as PPD officers, BUSTIOS, Ramos, and others illegally targeted and stopped certain individuals who were driving motor vehicles that BUSTIOS and Ramos believed carried sums of money.

b. BUSTIOS, Ramos, and others conducted vehicle stops of those individuals without any legal basis.

c. BUSTIOS, Ramos, and others searched the motor vehicles, the drivers, and the passengers, without any legal basis.

d. BUSTIOS, Ramos, and others seized cash from the drivers and passengers of the motor vehicles.

e. BUSTIOS, Ramos, and others split the cash proceeds among themselves.

f. BUSTIOS, Ramos, and others submitted false police reports to the PPD that either omitted the illegal vehicle stops and searches or that affirmatively lied about those encounters.

g. On or about February 20, 2018, BUSTIOS and Ramos, while on duty and in uniform, stopped and searched a BMW, detained and handcuffed the driver and passenger of the BMW, and stole a bag containing approximately $1,800 in cash from inside the BMW. BUSTIOS and Ramos then split the stolen cash proceeds and released the driver and passenger without filing any charges.

BUSTIOS and Ramos failed to report to the PPD the stop, search, detention, handcuffing, and release of the driver and passenger of the BMW and their theft of the cash.

4.	From in or about 2016 to in or about April 2018, in Passaic County, in the District of New Jersey, and elsewhere, defendant

### JONATHAN BUSTIOS

knowingly and willfully conspired and agreed with Eudy Ramos and others to injure, oppress, threaten, and intimidate individuals in Paterson, New Jersey, in the free exercise and enjoyment of the rights secured to them by the Constitution and laws of the United States, namely, their right to be secure in their vehicles and their persons against unreasonable searches and seizures.

In violation of Title 18, United States Code, Section 241.

## Count 2
## (Extortion Under Color of Official Right)

1. The allegation set forth in paragraph 1(a) of Count 1 of this Information is realleged and incorporated as if set forth herein.

2. On or about March 14, 2018, while in uniform and on official duty as a PPD officer in Paterson:

    a. BUSTIOS detained and arrested an Individual ("Individual 1") and placed Individual 1 in the back seat of his police vehicle.

    b. BUSTIOS told Individual 1 that BUSTIOS would refrain from charging Individual 1 with resisting arrest and would allow Individual 1 to keep the cash that Individual 1 had on his person in exchange for Individual 1 leading BUSTIOS to the location of a firearm.

    c. BUSTIOS located a firearm, in Paterson, at Individual 1's direction.

    d. BUSTIOS placed the firearm in his pocket.

    e. BUSTIOS never turned the firearm in to the PPD, nor did he mention the recovered firearm on any police reports.

    f. In exchange for the firearm, BUSTIOS reduced the applicable criminal charges for Individual 1.

3. On or about March 14, 2018, in Passaic County, in the District of New Jersey, and elsewhere, defendant

**JONATHAN BUSTIOS**

did knowingly and willfully obstruct, delay, and affect interstate commerce by

extortion under color of official right, by obtaining property, namely a firearm, that was provided by another, with that person's consent, in exchange for BUSTIOS's favorable official action and assistance and for the violation of his official duties as an officer of the Paterson Police Department.

In violation of Title 18, United States Code, Section 1951(a).

## FORFEITURE ALLEGATION

1.  The allegations contained in Count 2 of this Information are hereby realleged and incorporated as if set forth herein for the purpose of noticing forfeiture pursuant to Title 18, United States, Sections 924 and 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2.  As a result of committing the offense alleged in Count 2 of this Information, BUSTIOS shall forfeit to the United States, (i) pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461, any and all property constituting or derived from any proceeds obtained directly or indirectly as a result of the commission of such offense, and (ii) pursuant to 18 U.S.C. § 924 and 28 U.S.C. § 2461, any firearm and ammunition involved in or used in the commission of such offense, including, but not limited to, the following: one Smith & Wesson revolver bearing serial number W262999.

3.  If any of the above-described forfeitable property, as a result of any act or omission BUSTIOS:

    a.  cannot be located upon the exercise of due diligence;
    b.  has been transferred or sold to, or deposited with, a third party;
    c.  has been placed beyond the jurisdiction of the court;
    d.  has been substantially diminished in value; or
    e.  has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of substitute property up to the value of the forfeitable property described in paragraph 2.

*Craig Carpenito*
CRAIG CARPENITO
United States Attorney

**CASE NUMBER: 18-**

# United States District Court
# District of New Jersey

**UNITED STATES OF AMERICA**

**v.**

**JONATHAN BUSTIOS**

# INFORMATION FOR

18 U.S.C. § 241
18 U.S.C. § 924
18 U.S.C. § 981(a)(1)(C)
18 U.S.C. § 1951(a)
18 U.S.C. § 2461(c)

**CRAIG CARPENITO**
*U.S. ATTORNEY*
*NEWARK, NEW JERSEY*

RAHUL AGARWAL
*ASSISTANT U.S. ATTORNEY*
*(973) 297-4395*

USA-48AD 8
(Ed. 1/97)