UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 18-749 (KSH) |
| v. | : | |
| JONATHAN BUSTIOS | : | NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that Philip R. Sellinger, United States Attorney for the District of New Jersey, by Jihee Gillian Suh (jihee.suh@usdoj.gov), Assistant U.S. Attorney, is appearing for the United States of America in the above-captioned matter.

PHILIP R. SELLINGER
United States Attorney

By: *JSuh*
Jihee G. Suh
Assistant U.S. Attorney

Dated:    May 31, 2022