**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK                                                          **DATE:** September 8, 2022
**JUDGE** KATHARINE S. HAYDEN
**COURT REPORTER:** LAURIE ENGEMANN

**TITLE OF CASE:**                                                          DOCKET  #18 -cr-749
UNITED STATES OF AMERICA

    vs.
JONATHAN BUSTIOS


    **DEFT. PRESENT**

**APPEARANCES:**
Thomas Kearney & Jihee Suh, AUSA for Government
Michael P. Koribanics Esq., for Defendant
Adriana Garcia, USPO


**Nature of Proceedings**:  SENTENCING
 Imprisonment:  24 months on each of count(s) 1 and 2, all such terms to run concurrently.
 Supervised release: 3 years on count(s) 1 and 2, to run concurrently.

Special Conditions:
   1. Financial Disclosure.
   2. New debt.
   3. Supporting dependents.

Special Assessment: $200 due immediately.
Interest and fine waived.
Defendant advised of his right to appeal.
Forfeiture order submitted to the Court.
Excused from mandatory drug testing/treatment.

Restitution: $5,500, due immediately, interest waived. It is recommended that you participate in the Bureau of Prisons Inmate Financial Responsibility Program (IFRP)., etc.

Recommendation to the BOP: The Court recommends designation to a facility at a date and time set by the Bureau of Prisons and near as possible to his home address.

**Time Commenced: 10:30 AM**
**Time Adjourned:   11:55 AM**

                                            Christine Melillo, Courtroom Deputy
                                            0to the Honorable Katharine S. Hayden, U.S.D.J.